IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Hannah, Dewayne C | Case Number:  06 B 00960 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/13/07 | Filed: 2/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  October 1, 2007
Confirmed:  April 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,668.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 3,519.28 |
| Administrative: | | 1,859.50 |
| Trustee Fee: | | 289.22 |
| Other Funds: | | 0.00 |
| Totals: | 5,668.00 | 5,668.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 1,859.50 | 1,859.50 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 10,454.79 | 0.00 |
| 4. | Internal Revenue Service | Priority | 4,177.89 | 3,519.28 |
| 5. | B-Line LLC | Unsecured | 1,772.54 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 368.20 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 15,752.04 | 0.00 |
| 8. | Personal Finance Company | Unsecured | 3,061.94 | 0.00 |
| 9. | Nicor Gas | Unsecured | 598.02 | 0.00 |
| 10. | B-Line LLC | Unsecured | 864.33 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 859.48 | 0.00 |
| 12. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Advocate Health Care | Unsecured | | No Claim Filed |
| 15. | CorTrust Bank | Unsecured | | No Claim Filed |
| 16. | Advocate Health Care | Unsecured | | No Claim Filed |
| 17. | Footsteps Podiatry | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Advocate Health Care | Unsecured | | No Claim Filed |
| 20. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 21. | Sanath Kumar M D | Unsecured | | No Claim Filed |
| 22. | Card Protection Association | Unsecured | | No Claim Filed |
| 23. | Artesian Dental Center, PC | Unsecured | | No Claim Filed |
| 24. | Surburban Emergency Physician | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hannah, Dewayne C

Printed: 11/13/07

Case Number: 06 B 00960
Judge: Hollis, Pamela S
Filed: 2/3/06

```
                                                    _____        _____
                                                    $ 39,768.73       $ 5,378.78
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 108.22 |
| 5% | 47.61 |
| 4.8% | 120.00 |
| 5.4% | 13.39 |
|  | _____ |
|  | $ 289.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_